1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE: EUGENIE MITCHELL          2:12-mc-0028 WBS GGH

12

13                              ORDER

14   _____/

15          Ms. Eugenie Mitchell had previously agreed to a suspension of her privilege of

16   practicing law before this court due to personal reasons.  That agreement was effectuated by

17   order of the Honorable William B. Shubb, dated January 27, 2006 and filed on January 30, 2006.

18   (dkt. no. 1 ).

19          Ms. Mitchell now seeks to be reinstated to the Bar of this Court.  See letter dated

20   March 22, 2012 (dkt. no. 2).  Judge Shubb, who issued the above referenced order of suspension,

21   has referred to the undersigned the matter of readmission of Eugenie Mitchell to the Bar of this

22   Court.

23          The undersigned has reviewed Ms. Mitchell's letter, and agrees to her

24   reinstatement.

25          Ms. Mitchell shall electronically file a signed certification that she is presently an

26   active lawyer in good standing with the State Bar of California within sixty (60) days.  Upon

1

1  such filing, Ms. Mitchell is authorized to practice in the District Court of the Eastern District of

2  California.  No fee is due upon readmission.

3          The Clerk shall serve Ms. Mitchell, electronically if possible, at the address

4  indicated in her recent letter.

5  DATED: April 27, 2012

6                                      /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

7  mitchell.readmission

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26