IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EUGENIE MITCHELL | 2:12-mc-0028 WBS GGH |

<u>ORDER</u>

_____/

       Ms. Eugenie Mitchell had previously agreed to a suspension of her privilege of practicing law before this court due to personal reasons. That agreement was effectuated by order of the Honorable William B. Shubb, dated January 27, 2006 and filed on January 30, 2006. (dkt. no. 1 ).

       Ms. Mitchell now seeks to be reinstated to the Bar of this Court. <u>See</u> letter dated March 22, 2012 (dkt. no. 2). Judge Shubb, who issued the above referenced order of suspension, has referred to the undersigned the matter of readmission of Eugenie Mitchell to the Bar of this Court.

       The undersigned has reviewed Ms. Mitchell's letter, and agrees to her reinstatement.

       Ms. Mitchell shall electronically file a signed certification that she is presently an active lawyer in good standing with the State Bar of California within sixty (60) days. Upon

such filing, Ms. Mitchell is authorized to practice in the District Court of the Eastern District of California.  No fee is due upon readmission.

        The Clerk shall serve Ms. Mitchell, electronically if possible, at the address indicated in her recent letter.

DATED: April 27, 2012

                                   /s/ Gregory G. Hollows  
                        UNITED STATES MAGISTRATE JUDGE

mitchell.readmission